```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

JEAN J. ELNAJJAR,                §
                                 §
    Plaintiff,              §
                                 §
v.                               §      CIVIL ACTION NO. H-04-680
                                 §
NORTHWEST AIRLINES, INC. and     §
KLM ROYAL DUTCH AIRLINES,        §
                                 §
    Defendants.             §


## FINAL JUDGMENT

For reasons separately stated in the Memorandum and Order signed by the Court this day, it is

ORDERED and ADJUDGED that Northwest Airlines Inc.'s and KLM Royal Dutch Airlines's First Amended Rule 12(b)(6) Motion to Dismiss (Document No. 29) is GRANTED, and Plaintiff Jean J. Elnajjar's claims against Defendants Northwest Airlines Inc. and KLM Royal Dutch Airlines are DISMISSED with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas on this 15th day of August, 2005.

                                          _____
                                              EWING WERLEIN, JR.
                                         UNITED STATES DISTRICT JUDGE